# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LARRY JOHNSON and COMFORT
MASTER INTERNATIONAL, LLC,

                Plaintiffs,

-vs-                                            Case No. 6:05-cv-769-Orl-22JGG

BRIAN BRUCK; HOLLI BRUCK;
CONTAINER MARKETING, INC.; HBS,
LLC; ARTO SZABO; STEVE HSU; and
GREEN RIVER WOOD & LUMBER MFG.
,

                Defendants.

_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION TO COMPEL DISCOVERY DEPOSITION OF ARTO SZABO (Doc. No. 50)** |
| **FILED:** | August 17, 2006 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. | |

Defendant Arto Szabo shall submit to deposition at the law offices of counsel for Plaintiffs on or before September 1, 2006. Failure to comply may result in the imposition of sanctions, including

the striking of pleadings and entry of default. The request for attorney's fees is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2006.

James G. Glazebrook<br>
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties